EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de términos por motivo de concesión de los días 20 y 27 de noviembre de 2020, 24 y 31 de diciembre de 2020; 1 de abril de 2021; 12 y 26 de noviembre de 2021; 24 y 31 de diciembre de 2021; y 7 de enero de 2022 | 2020 TSPR 80<br><br>204 DPR _____ |

Número del Caso: EM-2020-15

Fecha: 7 de agosto de 2020

Materia: Extensión de Términos Judiciales.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de términos por motivo de concesión de los días 20 y 27 de noviembre de 2020, 24 y 31 de diciembre de 2020; 1 de abril de 2021; 12 y 26 de noviembre de 2021; 24 y 31 de diciembre de 2021; y 7 de enero de 2022.

EM-2020-15

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de agosto de 2020.

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa Núm. OAJP-2019-056, de 2 de diciembre de 2019, la cual fue enmendada por la Orden Administrativa Núm. OAJP-2020-060, de 6 de febrero de 2020, con el fin de dar continuidad a las medidas administrativas mediante las cuales se decretan unos días de cierre parcial y otros de cierre total del Tribunal General de Justicia. Mediante las Órdenes Administrativas de referencia estas medidas se extenderán a partir de noviembre de 2020 hasta enero de 2022.

Las órdenes administrativas de referencia disponen que los siguientes días serán de cierre total en la Rama Judicial: 20 y 27 de noviembre de 2020, 24 y 31 de diciembre de 2020; 1 de abril de 2021; 12 y 26 de noviembre de 2021; 24 y 31 de diciembre de 2021; y 7 de enero de 2022. Durante un cierre total los Centros Judiciales y otras salas de los Tribunales de Primera Instancia, el Tribunal de Apelaciones y el Tribunal Supremo permanecerán cerrados, con excepción de los jueces y juezas de turno que operarán como se acostumbra en un día feriado, estando disponibles mediante llamada, salvo los jueces de turno de San Juan y Bayamón, que trabajarán conforme al plan de trabajo especial que sea aprobado a esos fines.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerarán los días decretados como cierres totales como si fueran feriados. Cualquier término que venza durante las fechas decretadas como de cierre total en la Rama Judicial se extenderá al día laborable siguiente.

Se ordena la difusión pública inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo